UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:22CR83 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JACOB RYAN MCCLURE | ) | |
| _____ | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Arrest Warrant, and all other documents in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment, Arrest Warrant, and all other documents in the above-captioned case be unsealed.

Signed: October 11, 2022

W. Carleton Metcalf
United States Magistrate Judge